ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | |
| DEWAYNE MICHAEL COTTEN | 3-15CR-0068K |

INDICTMENT

The Grand Jury Charges:

Count One
Possession With Intent To Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B))

On or about December 11, 2014, in the Dallas Division of the Northern District of Texas, the defendant, **DeWayne Michael Cotten**, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

Indictment – Page 1

<u>Count Two</u>
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about December 11, 2014, in the Dallas Division of the Northern District of Texas, the defendant, **DeWayne Michael Cotten**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, to wit: 1) a Heritage, Model Rough Rider, .22 caliber revolver, bearing serial number 155284, and 2) a Taurus, Model PT738, .380 caliber pistol, bearing serial number 41493D.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

**Indictment – Page 2**

## Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count Two of this indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **DeWayne Michael Cotten**, shall forfeit to the United States, any and all firearms and ammunition involved in or intended to be used in the respective offense.

This property includes, but is not limited to, the following:

1. A Heritage, Model Rough Rider, .22 caliber revolver, bearing serial number 155284, and any ammunition contained therein;

2. A Taurus, Model PT738, .380 caliber pistol, bearing serial number 41493D, and any ammunition contained therein; and

3. Assorted ammunition and magazines.

A TRUE BILL

*Angela Brand*
FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

LISA J. MILLER
Assistant United States Attorney
Oklahoma State Bar No. 16795
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8809
Lisa.Miller@usdoj.gov

Indictment – Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

DEWAYNE MICHAEL COTTEN

INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(B)
Possession with Intent to Distribute
a Controlled Substance

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Felon in Possession of a Firearm

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Count(s)

A true bill rendered

DALLAS                 *Angela Brand* (signature)                 FOREPERSON

Filed in open court this _19_ day of February 2015.

_____
                                                                                Clerk

**Warrant to Issue for Defendant DeWayne Michael Cotten.**

------------------------------------------------------------------------

UNITED STATES DISTRICT/MAGISTRATE JUDGE

No Criminal matter pending