# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| JUDGE:   DAVID L. HORAN | |
| DEPUTY CLERK:  Vila Fisher | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 2:50 – 2:54 |
| A.M. | P.M. | DATE:  August 06, 2015 |

❑MAG. NO.          ❑DIST. CR. NO.  3:15-cr-00068-K          USDJ Judge Ed  Kinkeade

UNITED STATES OF AMERICA                §     _Suzanna Etessam_, AUSA
                                                          §
v.                                                        §     _____ ❑
                                                          §
                                                          §     _John Nicholson_ ❑
DEWAYNE MICHAEL COTTEN (1)            §     COUNSEL FOR DEFENDANTS APPT – (A), Retd –
                                                          (R), FPD – (F)

☒INITIAL APPEARANCE ❑IDENTITY ❑BOND HEARING ❑PRELIMINARY HEARING
❑DETENTION HEARING ❑COUNSEL DETERMINATION HEARING ❑REMOVAL HEARING ❑EXTRADITION HEARING
❑HEARING CONTINUED ON _____ CASE NO. _____ ❑OTHER DISTRICT ❑DIVISION
☒DATE OF FEDERAL ARREST/CUSTODY: 08/06/2015 ❑SURRENDER_____ ❑RULE 5/32 ☒APPEARED ON WRIT
❑DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ❑PROBATION/SUPERVISED RELEASE VIOLATOR
❑DEFT FIRST APPEARANCE WITH COUNSEL.
☒DEFT ❑MW (MATERIAL WITNESS) _____ APPEARED ☒WITH ❑WITHOUT COUNSEL
☒REQUESTS APPOINTED COUNSEL.
☒FINANCIAL AFFIDAVIT EXECUTED.
☒ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
❑PRIVATE COUNSEL APPOINTED _____
❑DEFT HAS RETAINED COUNSEL _____
❑ARRAIGNMENT SET ☒DETENTION HEARING SET 8/10/15 @ 2pm before Jg. RAMIREZ
❑PRELIMINARY HEARING SET _____ ❑BOND HEARING SET _____
❑COUNSEL DETERMINATION HEARING SET _____
❑IDENTITY/REMOVAL HEARING SET _____
❑BOND ❑SET ❑REDUCED TO $ _____ ❑CASH ❑ SURETY ❑10% ❑ PR ❑UNS ❑3RD PTY ❑MW
❑NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☒ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
❑ORDER OF DETENTION PENDING TRIAL ENTERED.
❑DEFT ADVISED OF CONDITIONS OF RELEASE.
❑BOND EXECUTED ❑DEFT ❑MW RELEASED ❑STATE AUTHORITIES ❑INS
☒DEFT ❑MW  REMANDED TO CUSTODY.
❑DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
❑WAIVER OF ❑PRELIMINARY HEARING ❑RULE 5/32 HEARING ❑DETENTION HEARING
❑COURT FINDS PROBABLE CAUSE ❑ID ❑PC.
❑DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
❑GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
❑REMARKS:_____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG – 6 2015
CLERK, U.S. DISTRICT COURT
By_____
Deputy