ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NORTHERN DISTRICT OF TEXAS
FILED
AUG - 6 2015
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | § NO. 3:15-CR-068-K |
| | § |
| DEWAYNE MICHAEL COTTEN | § § |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **DeWayne Michael Cotten**, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    _____   Crime of violence (18 U.S.C. §3156);

    _____   Maximum sentence life imprisonment or death

    \_\_\_\_X\_\_\_\_   10 + year drug offense

    _____   Felony, with two prior convictions in above categories

    _____   Serious risk defendant will flee

    _____   Serious risk obstruction of justice

    _____   Felony involving a minor victim

    \_\_\_\_X\_\_\_\_   Felony involving a firearm, destructive device, or any other dangerous weapon

    _____   Felony involving a failure to register (18 U.S.C. § 2250)

Motion for Detention - Page 1

2.  <u>Reason for Detention.</u>   The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__   Defendant's appearance as required

   __X__   Safety of any other person and the community

3.  <u>Rebuttable Presumption.</u>   The United States will invoke the rebuttable presumption against defendant because (check one or both):

   __X__   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   _____   Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

   _____   Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2422

   _____   Previous conviction for "eligible" offense committed while on pretrial bond

4.  <u>Time For Detention Hearing.</u>   The United States requests the Court conduct the detention hearing,

   _____   At first appearance

   __X__   After continuance of 3 days.

Motion for Detention - Page 2

DATED this 6th day of August, 2015

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

LISA J. MILLER
Assistant United States Attorney
Oklahoma State Bar No. 16795
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214-659-8615
Facsimile: 214-659-8809
Email: lisa.miller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2015, a copy of the foregoing was served on the defendant or counsel for the defendant in accordance with the Federal Rules of Criminal Procedure.

LISA J. MILLER
Assistant United States Attorney