# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**HONORABLE:** David L. Horan  
**DEPUTY CLERK:** V. Fisher  
**LAW CLERK:** _____  
**INTERPRETER:** _____  

**PRESIDING:** _____  
**COURT REPORTER/TAPE NUMBER:** FTR  
**USPO:** _____  
**Date:** 8/6/15  

---

Cr.No. 3:15-cr-00068-K        DEFT. No. _____

UNITED STATES OF AMERICA  §  
v.                         §   Suzanna Etessam, AUSA  
                           §   John Nicholson  
DEWAYNE MICHAEL COTTEN (1) §   COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

---

## ARRAIGNMENT/REARRAIGNMENT

Time in Court: 1 min

Trial Status: ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Direct Verdict  ☐ Evidence Entered  
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)  
☐ Mistrial  ☐ Settled/Guilty  ☐ None

Days in Trial: _____  
Hearing Concluded: ☒ Yes  ☐ No

☒ Defendant SWORN.

☒ Arraignment  ☐ Rearraignment – Held on Count(s) 1-2  
of the 2 count(s)  X Indictment  ☐ Information  ☐ Superseding Indictment  ☐ Complaint  
☐ Sentencing Guidelines                                                     ☐ Superseding Information  
☒ Deft enters a pleas of     ☒ Not Guilty  ☐ Guilty  ☐ Nolo  
☐ Waiver of Jury Trial  
☐ Waiver of Indictment filed  
☐ Plea Agreement accepted       ☐ Court defers acceptance of Plea Agreement  
☐ Plea Agreement filed (see agreement for details)  ☐ No Plea Agreement  
☐ Plea Agreement included with Factual Resume.  
☐ Factual Resume filed.  
☐ Sentencing set   Date: _____   Time: _____  
☒ Trial set for   Date: TBA   Time: _____  
   Pretrial motions due: _____   Discovery motions/Government Responses due: _____  
☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.  
☐ PSI waiver filed.   PSI due: _____   Pre-sentence Referral Form to: _____  
☐ Deft Bond  ☐ Set  ☐ reduced to $ _____   ☐ Cash  ☐ Surety  ☐ 10%  ☐ PR  
☐ Deft failed to appear, bench warrant to issue.  
☐ Bond  ☐ continued  ☐ forfeited  
☒ Deft Custody/Detention continued.  
☐ Deft REMANDED to custody.  
OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT  
NORTHERN DISTRICT OF TEXAS  
FILED  
AUG - 6 2015  
CLERK, U.S. DISTRICT COURT  
By _____ Deputy