AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

US MARSHALS SERVICE N/TX
DALLAS, TEXAS
2015 FEB 19 PM 4:44

UNITED STATES OF AMERICA

V.

DeWayne Michael Cotten

**WARRANT FOR ARREST**

Case Number:   3:15-cr-0068-K

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __DeWayne Michael Cotten__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment    Information    Complaint    Order of court    Probation Violation Petiton    Supervised Release Violation Petition    Violation Notice

DEPUTY CLERK
2015 AUG 11 PM 12:42
CLERK US DISTRICT COURT
NORTHERN DIST OF TX
FILED

charging him or her (brief description of offense)

Count 1 - Possession with Intent to Distribute a Controlled Substance
Count 2 - Felon in Possession of a Firearm

in violation of Title __21, 18__ United States Code, Section(s) __841(a)(1) and (b)(1)(B), 922(g)(1) and 924(a)(2)__

__Karen Mitchell, U.S. District Court Clerk__        /s/ Karen Mitchell
Name and Title of Issuing Officer                 Signature of Issuing Officer

__United States Magistrate Judge Paul D. Stickney__     __2/19/2015__       __Dallas, Texas__
                                                          Date               Location

By:  __s/ J. Rogers__
     Deputy Clerk

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Dallas, TX

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/6/15 | Elvin Quinones DEO USM | [signature] |
| DATE OF ARREST 8/6/15 | | |

FID: 9737838