## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 3:15-CR-068-K |
| | § | |
| DEWAYNE COTTEN, | § | |
| | § | |
| Defendant. | § | |

## UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL
## AND PRETRIAL DEADLINES

Defendant, DEWAYNE COTTEN, by his counsel, Felix Marquez, hereby moves this Court for an order continuing the trial and related dates set in this case and for a finding of excludable time under the Speedy Trial Act as found in Title 18, United States Code, §§ 3161, *et seq.*  In support therefore, counsel states as follows:

1.      Trial is currently scheduled for October 13, 2015.

2.      Counsel requires additional time to review discovery and discuss same with Defendant in order to effectively represent him.

3.      This request is not made for purposes of delay, but so that justice may be served.

4.      The government is not opposed to this request.

WHEREFORE, Defendant requests that his trial be continued for a period of at least sixty (60) days, or as the Court might otherwise direct, and that the concomitant pretrial deadlines set forth in the Court's prior scheduling order be similarly continued.

Respectfully submitted,

/s/ *Felix R. Marquez*
FELIX R. MARQUEZ
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 24015000
525 Griffin Street, Suite 629
Dallas, Texas   75202
Phone 214-767-2746
felix_marquez@fd.org

## CERTIFICATE OF CONFERENCE

I certify that on September 16, 2015, I conferred with AUSA Lisa Miller, and confirmed that the government is not opposed to this request.

/s/ *Felix R. Marquez*
FELIX R. MARQUEZ

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2015, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

/s/ *Felix R. Marquez*
FELIX R. MARQUEZ