IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CRIMINAL NO. |
| VS. | § | 3:15-CR-068-K (01) |
| | § | |
| | § | |
| DEWAYNE COTTEN, | § | |
| | § | |
| Defendant. | § | |

## ORDER ON MOTION FOR CONTINUANCE

Before the Court is Defendant Cotten's Unopposed Motion for Continuance of Trial and Pretrial Deadlines, filed on September 17, 2015. The Court finds that the ends justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that failure to grant such a continuance might result in a miscarriage of justice. Specifically, the court finds that the granting of the motion would promote judicial economy, and that neither the defendant nor the government would be harmed by the granting of a continuance. The court finds that the provisions of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) are satisfied and accordingly, the motion is **GRANTED**.

It is therefore ordered that the trial of the case is reset from **October 13, 2015** to **April 18, 2016 @ 9:00 a.m.** The period of delay shall be excluded in computing the time within which the trial must commence.

Pretrial motions, if any, must be filed by **March 2, 2016**, and responses thereto, by **March 16, 2016**.

Requested voir dire questions, proposed jury instructions, witness lists (with witnesses designated as "custodial", "expert", or "fact", as well as "probable" or "possible"), exhibit lists (with copies of exhibits furnished to the Court), and motions in limine must be filed no later than **April 4, 2016.**

**SO ORDERED.**

Signed September 18th, 2015.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE