IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 3:15-CR-068-K |
| | § | |
| DEWAYNE COTTEN | § | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant **DEWAYNE COTTEN** hereby notifies this Court of the substitution of counsel on the above-captioned matter. JUAN G. RODRIGUEZ, Assistant Federal Public Defender, will be substituted as counsel of record in place of FELIX MARQUEZ, Assistant Federal Public Defender, who was originally assigned to handle this case.

Respectfully submitted,

*/s/ Juan G. Rodriguez*
JUAN G. RODRIGUEZ
Assistant Federal Public Defender
Northern District of Texas
Oklahoma Bar #19555
525 Griffin Street, Suite 629
Dallas, Texas 75202
Phone (214) 767-2746
Fax (214) 767-2886
juan_g_rodriguez@fd.org

## CERTIFICATE OF SERVICE

  I hereby certify that on January 6, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to counsel of record who have consented in writing to accept this notice as service of this document by electronic means.

                  */s/ Juan G. Rodriguez*
                  JUAN G. RODRIGUEZ