UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. 3:15-CR-068-K** |
| | § | |
| **DEWAYNE COTTEN,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL AND PRETRIAL DEADLINES

Upon consideration of Defendant's Motion for Continuance of Trial and Pretrial Deadlines,

said Motion is GRANTED this _____ day of _____, 2016.


_____
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS