

## DEPARTMENT OF THE TREASURY
*Federal Law Enforcement Agencies*
*PROCESS RECEIPT AND RETURN*

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 MAR -1  P 3: 52
DEPUTY CLERK

| Plaintiff<br>UNITED STATES OF AMERCIA | Court Case Number<br>3:15-CR-68-K |
|---|---|
| Defendant<br>DEWAYNE MICHAEL COTTEN | Type of Process<br>PRELIMINARY ORDER OF FORFEITURE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
A Heritage, Model Rough Rider, .22 caliber revolver, SN 155284 (15-ICE-000664)
A Taurus, Model PT738, .380 caliber pistol, SN 41493D (15-ICE-000665)
Ammo and magazines (15-ICE-000666)

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
|---|---|---|
| Mark J. Tindall, AUSA<br>1100 Commerce Street, Suite 300<br>Dallas, TX 75242 | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available for Service)
Pursuant to the Preliminary Order of Forfeiture filed January 17, 2017 seize the property listed above and hold it in secure custody and control pending a Final Order of Forfeiture.

| Signature of Attorney or other Originator requesting service on behalf of<br>/s/ Mark J. Tindall by T Naumann   (√) Plaintiff   ( ) Defendant | Telephone No.<br>214-659-8600 | Date<br>1/25/17 |
|---|---|---|

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | Date<br>2/28/17 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [X] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS, THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | [ ] A person of suitable age and discretion then residing in the defendant's usual place of above |
|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE 2/28/17   TIME OF SERVICE   [ ] AM [ ] PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY   SA SPS HSI |

REMARKS:
Taken into Custody 2/28/17
2017-5501-000189-01

TD F 90-22.48 (6/96)