IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO.  3:15-CR-0068-K |
| DEWAYNE MICHAEL COTTEN | |

## FINAL ORDER OF FORFEITURE

Before the Court is the government's unopposed motion for a final order of forfeiture.  After consideration, the Court determines the motion should be and is hereby granted.  Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b), the Court previously entered a preliminary order of forfeiture forfeiting (a) a Heritage, Model Rough Rider, .22 caliber revolver, bearing serial number 155284, and any ammunition contained therein; (b) a Taurus, Model PT738, .380 caliber pistol, bearing serial number 41493D, and any ammunition contained therein; and (c) assorted ammunition and magazines ("the property") from the defendant.

Notice of forfeiture of the property has been properly published, and the time for filing petitions under 21 U.S.C. § 853(n)(2) has expired.  No claims or petitions to the property have been filed with or received by the Court.

Further, the Court finds that the defendant had an interest in the property that is forfeitable under 21 U.S.C. § 853(a), and the Court has entered a written judgment of conviction against the defendant that included the forfeiture order. The

**Final Order of Forfeiture—Page 1**

defendant has not appealed the judgment, nor has he obtained a stay of the forfeiture.

It is THEREFORE ORDERED and ADJUDGED that all right, title, and interest to the property is hereby condemned and forfeited to and vested in the government. The United States Marshal's Service, the Department of Homeland Security (or its designee), and/or their respective agents or assignees, shall dispose of the property according to law.

**SO ORDERED.**

Signed July 14th, 2017.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

**Final Order of Forfeiture—Page 2**