```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 1 2017
CLERK, U.S. DISTRICT COURT
By ____RAN____
         Deputy
```

Office Clerk

I am officially requesting a copy of my federal Court Docket Sheet' and a copy of my 'Judgement and Commitment'.

I would greatly appreciate if you could mail those two documents to me as soon as possible.

Thank you,

*DeWayne Cotten* (signature)

DeWayne Cotten

My name is:
 DeWayne Cotten
 # 50025-177

I'm in the Northern District in Judge Kinkeade's court.

DeWayne Cotten
#50025-177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

RECEIVED
AUG - 1 2017

Office Clerk
1100 Commerce St. Room #1452
Dallas, TX 75242-1495
United States

OKLAHOMA CITY OK 730
28 JUL 2017 PM 7 L

75242-131052

# United States District Court
## Northern District of Texas

*Dallas Division*

August 1, 2017

DeWayne Michael Cotten
#50025-177
BOP El Reno FCI
PO Box 1500
El Reno, OK 73036

Re: Your correspondence received in the U.S. District Clerk's Office on 8/1/2017
Case No./Style: 3:15-cr-00068-K-1

Dear Mr. Cotten,

Enclosed is a courtesy copy of the judgment in your case. The Clerk's Office does not have a commitment document you reference in your request. Future copies of docket sheets and/or documents will require prepayment of the copy expense, currently $0.50 per page. Certification of copies is an additional $11.00 per document. The court may direct the clerk to provide copies without cost to an indigent defendant who is proceeding pro se in a criminal case. However, the granting of in forma pauperis status under 28 U.S.C. § 1915 in a case does not entitle a litigant to free copies or services.

Sincerely,

Deputy Clerk - RAN