CLOSED

Jump to Docket Table

# U.S. District Court
# Eastern District of TEXAS [LIVE] (Sherman)
# CRIMINAL DOCKET FOR CASE #: <u>4:22−mj−00414−KPJ</u>−1

| | |
|---|---|
| Case title: USA v. Cotton | Date Filed: 07/13/2022 |
| Other court case number: 3:15−cr−68−K(1) Northern District of Texas (Dallas) | Date Terminated: 07/15/2022 |

Assigned to: Magistrate Judge Kimberly C Priest Johnson

**Defendant (1)**

**Dewayne Michael Cotton**  represented by  **Brian George O'Shea**
*TERMINATED: 07/15/2022*                     Office of the Federal Defender − Eastern District (Frisco)
                                             7460 Warren Parkway
                                             Suite 270
                                             Frisco, TX 75070
                                             469−362−8506
                                             Fax: 469−362−6010
                                             Email: <u>brian_oshea@fd.org</u>
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*
                                             *Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                          **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                       **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                              **Disposition**

OD PTR Violation Petition NDTX

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Stevan Adam Buys** |
| | | U. S. Attorney's Office–Sherman |
| | | 600 East Taylor |
| | | Suite 2000 |
| | | Sherman, TX 75090 |
| | | 903/868–9454 |
| | | Fax: 903/892–2792 |
| | | Email: stevan.buys@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/13/2022 | | | Arrest of Dewayne Michael Cotton. (jwam, ) (Entered: 07/13/2022) |
| 07/13/2022 | | | NOTICE OF HEARING as to Dewayne Michael Cotton Initial Appearance on Revocation Proceedings (NDTX Petition) set for 7/14/2022 09:30 AM in Ctrm 108 (Plano) before Magistrate Judge Kimberly C Priest Johnson. (jwam, ) (Entered: 07/13/2022) |
| 07/14/2022 | 2 | | Minute Entry for proceedings held before Magistrate Judge Kimberly C Priest Johnson:Initial Appearance re Violation of Supervised Release as to Dewayne Michael Cotton held on 7/14/2022. Added FPD attorney Brian George O'Shea for Dewayne Michael Cotton. Defendant remanded to USM custody. (Court Reporter Digital Recording.) (rpc, ) (Entered: 07/18/2022) |
| 07/14/2022 | 3 | | SEALED CJA 23 Financial Affidavit by Dewayne Michael Cotton (rpc, ) (Entered: 07/18/2022) |
| 07/14/2022 | 5 | | WAIVER of Rule 32.1 Hearing by Dewayne Michael Cotton (rpc, ) (Entered: 07/18/2022) |
| 07/14/2022 | 6 | | COMMITMENT TO ANOTHER DISTRICT as to Dewayne Michael Cotton. Defendant committed to District of Northern District of Texas, case number 3:15cr68. Signed by Magistrate Judge Kimberly C Priest Johnson on 7/14/2022. (rpc, ) (Entered: 07/18/2022) |
| 07/15/2022 | 4 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Dewayne Michael Cotton. Signed by Magistrate Judge Kimberly C Priest Johnson on 7/15/2022. (rpc, ) (Entered: 07/18/2022) |

| DATE: | 7/14/2022 |
|---|---|
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| USPO: | T. Routh |
| INTERPRETER: | N/A |
| BEGIN/END: | 10:38 – 10:40 |
| TOTAL TIME: | 2 minutes |

CASE NUMBER 4:22-MJ-00414-KPJ

USA v. Dewayne Michael Cotton

_Stevan Buys_
AUSA

_Brian O'Shea_
Defense Attorney

☒ INITIAL APPEARANCE VIOLATION OF SUPERVISED RELEASE
☐ ARRAIGNMENT
☐ DETENTION HEARING     ☐ PRELIMINARY HEARING     ☐ STATUS CONFERENCE

☐ Hearing Held     ☒ Hearing Called     ☒ Defendant Sworn     ☐ Interpreter Required

☒ Date of arrest: _7/13/2022 – 3:15CR068 K (1)_     (Other district court & case #)

☒ Defendant ☐ advised of ~~charges~~ _allegations_  ☐ advised of maximum penalties  ☐ waived reading of indictment

☐ Defendant first appearance with counsel Attorney: _____  ☐ Retained
☐ Defendant advises the Court that they ☐ have counsel who is _____ or, ☐ will hire counsel
☐ Financial affidavit executed by dft.
☒ Defendant requests appointed counsel, is sworn and examined re: financial status.
☒ The court finds the defendant is ☐ able to employ counsel ☒ unable to employ counsel.
☐ _____ CJA appointed
☒ _Brian O'Shea_ FPD appointed

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 1 4 2022
BY DEPUTY_____

☐ USA ORAL motion for detention
☐ USA ORAL motion to continue ☐ Oral Order granting continuance ☐ Oral Order denying continuance
☐ Defendant ORAL motion to continue detention hearing
☐ Oral Order granting continuance   ☐ Oral Order denying continuance
☐ Detention hearing set _____
☐ Arraignment set _____

☐ Detention Hearing waived.
☐ Defendant detained based on signed Waiver.
☐ Preliminary Hearing waived.
☐ Court found Probable Cause based on signed Waiver.
☐ Defendant signed Waiver of Rule 5 and 5.1 hearings: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting district.
☒ Defendant signed Waiver of Rule32.1 hearing: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☒ waives all hearings but requests hearings be held in prosecuting district.
☒ Defendant remanded to custody of U.S. Marshal ☐ Defendant ordered removed to Originating District
☐ Order setting conditions of release ☐ PR Bond executed
☐ Defendant failed to appear     ☐ oral order for arrest warrant     ☐ bond forfeited
☒ See reverse/attached for additional proceedings

## DETENTION

☐ Government witnesses:

☐ Defendant witnesses:

**PROCEEDINGS:**

Court ordered Defendant     DETAINED ☐ RELEASED

☐ Conditions of Release entered

☒ Defendant remanded to USM.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 1 5 2022
BY DEPUTY_____

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CASE NUMBER 4:22-MJ-00414-KPJ |
| § | |
| DEWAYNE MICHAEL COTTON § | |

## ORDER

Because the above-named defendant has testified under oath or has otherwise satisfied this court that he (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is appointed to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

**So ORDERED and SIGNED this 15th day of July, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE

USCA55

Case 4:22-mj-00414-KPJ   Document 5   Filed 07/14/22   Page 1 of 1   PageID 10
Case 3:15-cr-00068-K (Vi Document 58 Su Filed 07/18/22   Page 6 of 7   PageID 177

AO 466 (Rev. 01/12 Waiver of Rule 32.1 Hearings (Violation of Probation or Supervised Release))

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.  4:22mj414 KPJ |
| Dewayne Michael Cotton | ) |
| Defendant | ) Charging District's Case No.   3:15cr068 K(1) |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 1 4 2022
BY DEPUTY_____

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*   Northern District of Texas   .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐ an identity hearing and production of the judgment, warrant, and warrant application.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   Jul 14, 2022

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

USCA56

AO 94  (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 1 4 2022
BY DEPUTY_____

| | |
|---|---|
| United States of America<br>v.<br><br>Dewayne Michel Cotton<br>*Defendant* | ) ) ) ) ) ) ) Case No.  4:22mj414 KPJ<br><br>Charging District's<br>Case No.  3:15cr068 K |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the   Northern   District of   Texas  .

The defendant may need an interpreter for this language:   _____  .

The defendant:   will retain an attorney.

is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   July 14, 2022  

_____
*Judge's signature*

Kimberly C. Priest Johnson, U. S. Magistrate Judge
*Printed name and title*