IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

DEWAYNE MICHAEL COTTEN

NO. 3:15CR68-K

## MOTION FOR DETENTION AND CONTINUANCE

The United States moves for detention of defendant, **DeWayne Michael Cotten**, pursuant to Crim. Rule 32.1(a)(6) and 18 U.S.C. § 3143(a).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_  Crime of violence (18 U.S.C. §3156);

    \_\_\_\_\_  Maximum sentence life imprisonment or death

    \_\_\_\_\_  10 + year drug offense

    \_\_\_\_\_  Felony, with two prior convictions in above categories

    X    Serious risk defendant will flee

    \_\_\_\_\_  Serious risk obstruction of justice

    \_\_\_\_\_  Felony involving a minor victim

    \_\_\_\_\_  Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_\_  Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

    __X__   Petition for Supervised Release Revocation was filed

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__   Defendant's appearance as required

    __X__   Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

    _____   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§924(c)

    _____   Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    _____   Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    _____   Previous conviction for "eligible" offense committed while on pretrial bond

    __X__   Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time for Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

    _____   At first appearance

    __X__   After continuance of __1__ days (not more than 3).

**Motion for Detention - Page 2**

DATED this 28th day of July, 2022.

                Respectfully submitted,

                CHAD E. MEACHAM
                UNITED STATES ATTORNEY

                s/ *Travis Elder*
                Travis Elder
                Assistant United States Attorney
                Utah State Bar No. 11987
                1100 Commerce Street, Third Floor
                Dallas, Texas 75242-1699
                T: 214-659-8600 | F: 214-659-8812
                travis.elder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of this document were served this day on counsel of record by electronically filing the document with the clerk of court for the U.S. District Court, Northern District of Texas using the ECF system.

                s/ *Travis Elder*