# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| JUDGE: IRMA CARRILLO RAMIREZ | |
|---|---|
| DEPUTY CLERK: S. Todd | COURT REPORTER/TAPE NO: FTR/1306 |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 2:09 – 2:11 |
| A.M.        P.M. 2:00 | DATE: July 29, 2022 |

☐ MAG. NO.    ☑ DIST. CR. NO. 3:15-cr-00068-K    USDJ Judge Ed Kinkeade

UNITED STATES OF AMERICA       §    Travis Elder_____, AUSA
                               §
v.                             §    _____ ☐
                               §
                               §    MARIA CHIN        (F) ☐
DEWAYNE MICHAEL COTTEN (1)     §    COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☐ PRELIMINARY HEARING
☐ DETENTION HEARING  ☑ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _7/29/22_ CASE NO. _____  ☐ OTHER DISTRICT  ☐ DIVISION
☑ DATE OF FEDERAL ARREST/CUSTODY: 8/6/2015  ☐ SURRENDER_____
☐ RULE 5/32  ☐ APPEARED ON WRIT
☐ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☑ PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☑ DEFT  ☐ MW (MATERIAL WITNESS) _____ APPEARED ☑ WITH ☐ WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☑ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED
☐ DEFT HAS RETAINED COUNSEL  PC:
☐ ARRAIGNMENT SET  ☑ DETENTION HEARING SET  8/1/22 at 10 AM

☐ PRELIMINARY HEARING SET _____  ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND  ☐ SET  ☐ REDUCED TO $_____  ☐ CASH  ☐ SURETY  ☐ 10%  ☐ PR  ☐ UNS  ☐ 3RD PTY  ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☑ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED  ☐ DEFT  ☐ MW RELEASED  ☐ STATE AUTHORITIES  ☐ INS
☑ DEFT  ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF  ☐ PRELIMINARY HEARING  ☐ RULE 5/32 HEARING  ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE  ☐ ID  ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.
☑ REMARKS: **REVOCATION HEARING TO BE SET**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 29 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy