IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. 3:15-CR-0068-K |
| DEWAYNE MICHAEL COTTON | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that the undersigned Assistant United States Attorney has been substituted as counsel in this case in place of Assistant United States Attorney Lisa Dunn.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

/s/ Travis K. Elder
TRAVIS K. ELDER
Assistant United States Attorney
Utah Bar No. 11987
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
T: 214-659-8600 | F: 214-659-8812
travis.elder@usdoj.gov