# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| v. | |
| **DEWAYNE MICHAEL COTTEN** | Case Number: **3:15-CR-00068-K(1)**<br>USM Number: **50025-177**<br>**Sherylynn A Kime-Goodwin**<br><sub>Defendant's Attorney</sub> |

**THE DEFENDANT:**

| ☒ | admitted guilt to violation of condition(s) | Mandatory Condition Nos 2, and 3, and a Special Condition of the term of supervision. |
|---|---|---|
| ☐ | was found in violation of condition(s) | after denial of guilt. |

The defendant is adjudicated guilty of these violations:

**The defendant pleaded true to violations of conditions of the term of Supervised Release as stated at the Supervised Release Revocation Hearing, held on August 26, 2022, before United States Magistrate Judge Rebecca Rutherford.  See Petition for Offender Under Supervision, filed on April 27, 2022.**

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 7713

Defendant's Year of Birth: 1986

City and State of Defendant's Residence:
Heath, Texas

**September 20th, 2022**
Date of Imposition of Judgment

*Ed Kinkeade*
Signature of Judge
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**September 20th, 2022**
Date

DEFENDANT: DEWAYNE MICHAEL COTTEN
CASE NUMBER: 3:15-CR-00068-K(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**TWELVE (12) Months and ONE (1) Day.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　　☐ at _____ ☐ a.m. ☐ p.m. on _____

　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before 2 p.m. on
　　☐ as notified by the United States Marshal.
　　☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL